590 A.2d 1255

**Cheryl TOCCO, Appellant,**

v.

**John TOCCO, Appellee.**

Supreme Court of Pennsylvania.

Submitted: April 11, 1991.

Decided May 24, 1991.

Laurence M. Kelly, Montrose, for appellant.

Joseph P. Hester, Jr., Montrose, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The opinion and order of the Superior Court, 389 Pa.Super. 310, 567 A.2d 303, are affirmed.